00418

Order issued September 25 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00599-CV

**ROLAND VON KURNATOWSKI, ET AL., Appellants**

**V.**

**CITY OF COMMERCE, TEXAS, ET AL., Appellees**

## ORDER

The Court has before it appellees' September 20, 2012 unopposed first motion to extend time to file the appellees' briefs. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by October 31, 2012.

MOLLY FRANCIS
JUSTICE